**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DAVID POSCHMANN,

    Plaintiff,

v.                                                                                          Case No. 3:21-cv-1005-TJC-JBT

OCEAN GATE CONDOMINIUM
ASSOCIATION, INC.,

    Defendant.

## O R D E R

Upon review of the parties' Stipulation of Dismissal With Prejudice (Doc. 11), filed on November 23, 2021, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should terminate all pending motions and deadlines and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 24th day of November, 2021.



TIMOTHY J. CORRIGAN
United States District Judge

tnm
Copies:

Counsel of record